UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROBERTA LYNN MARKISHTUM,<br><br>        Defendant. | Case No.:  CR-05-180-LRS-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO AMEND RELEASE CONDITIONS |

Before the court is Defendant's Motion to Amend Release Conditions. The Court has reviewed the motion and the record in this case and finds that there is good cause to grant the motion.

NOW THEREFORE: the Defendant's Motion to Amend Release Conditions is **GRANTED**. Defendant's conditions of release are amended to allow Defendant to travel outside the Eastern District of Washington from May 20, 2006 to May 27, 2006. All other conditions of release remain in effect.

**IT IS SO ORDERED** this 10th day of May 2006.

S/ CYNTHIA IMBROGNO_____
U.S. Magistrate Judge

ORDER GRANTING DEFENDANT'S     - 1 -     Richard D. Wall
MOTION TO AMEND RELEASE CONDITIONS     423 W. First Ave., #250
Spokane, WA 99201
(509) 747-5646